**Scott EIKEN, Appellant,**

v.

**HARLEY DAVIDSON MOTOR COMPANY, Respondent.**

**No. WD 71535.**

Missouri Court of Appeals,
Western District.

Oct. 19, 2010.

Rehearing Denied Dec. 7, 2010.

---

Kevin J. Kruse, Esq., Overland Park, KS, for appellant.

Samantha N. Benjamin–House, Kansas City, KS, for respondent.

Before Division One: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK, Chief Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM.

Scott Eiken appeals from a final award of the Labor and Industrial Relations Commission, which denied his workers' compensation claim for permanent total disability benefits and future medical treatment. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the final award.

AFFIRMED. Rule 84.16(b).